**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA**

The Court, having reviewed and considered the Motion to Quash Subpoena filed by

non-party movant Mario Lavandeira, aka Perez Hilton, and good cause appearing, hereby

ORDERS as follows:

1. The Motion to Quash Subpoena is GRANTED.

2. The subpoena issued to Mr. Lavandeira in connection with the matter pending in the

Southern District of New York is hereby QUASHED in its entirety.

IT IS SO ORDERED.

DATED: _____

_____

UNITED STATES DISTRICT JUDGE