UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**MOTION TO SEAL OR REDACT PERSONAL INFORMATION**

FILED
JULY 28, 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG    DEPUTY

I, Mario Armando Lavandeira, Jr., also known publicly as Perez Hilton, respectfully submit this Motion to Seal or Redact Personal Identifying Information in connection with my concurrently filed Motion to Quash Subpoena in the District of Nevada.

This motion seeks to protect highly sensitive personal details contained within filings related to the subpoena issued in this matter, including:

1. My residential address
2. My personal phone number
3. My personal email address

This motion is made pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's inherent authority to protect privacy and safety interests of litigants and non-parties.

I am a public figure, and the disclosure of this information on the public docket poses a serious risk to my personal safety and the safety of my three young children. I have previously been the target of harassment and threats, and exposure of this data could increase those risks.

Moreover, this concern is not hypothetical. In the very case in which this subpoena was issued - *Lively v. Waverly, et al*, No. 1:24-cv-10049 (S.D.N.Y.) - personal information of another individual, Cynthia Barnes Slater, was previously revealed in the public record. See Docket No. 440, Exhibit E. That public filing exposed sensitive identifying information and has not been sealed despite the risks.

The District of Nevada has authority to rule on this motion in conjunction with the subpoena enforcement matter pending here. Because this Court is being asked to adjudicate the motion to quash under Rule 45(d)(3), it is appropriate and necessary for this Court to simultaneously consider the accompanying privacy protections.

For all these reasons, I respectfully request that this Court grant this motion and:

1. Seal or redact any personal identifying information in the filings,

2. Allow redacted versions for public filing if required,

3. Grant any further relief deemed appropriate by this Court.

DATED: July 28, 2025


/s/ Mario Lavandeira

Mario Armando Lavandeira, Jr.

aka Perez Hilton