UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DECLARATION OF MARIO LAVANDEIRA IN SUPPORT OF MOTION TO SEAL OR REDACT PERSONAL INFORMATION

I, Mario Armando Lavandeira, Jr., also known publicly as Perez Hilton, declare as follows:

1. I am the recipient of a third-party subpoena issued in the underlying action - *Lively v. Wayfarer Studios LLC (1:24-cv-10049)* - currently pending in the Southern District of New York. I am a non-party and I am representing myself (pro se) in connection with my response to that subpoena.

2. I am an internationally recognized journalist and public figure. I have been working under the name Perez Hilton for over two decades. My personal residence and private contact information have never previously been made public in connection with this litigation - or for any other reason..

3. I respectfully request that the Court allow me to file under seal or redact any personal identifying information, including but not limited to my residential address, email address, and telephone number.

4. This request is narrowly tailored. I do not seek to shield any substantive information or argument. The redacted information is purely personal - for safety reasons - and is unnecessary to resolve the matters raised by the subpoena.

5. Public disclosure of my personal identifying information would expose me and my children to privacy intrusions, security threats, and harassment. As a public figure, I am frequently the subject of unsolicited attention, and I take considerable precautions to protect my family's safety.

6. To demonstrate that these concerns are real and not speculative, I have attached as Exhibit E a publicly filed affidavit of due diligence from this very case, in which a different non-party journalist's full home address was disclosed on the docket. That filing concerned journalist Cynthia Barnes Slater. I include this example not to criticize the Court or counsel, but to illustrate the clear risk of recurrence if appropriate safeguards are not granted.

7. I am simply asking to redact or seal those portions of my filings that would reveal private information unrelated to the merits of this matter, and to preserve the safety and privacy of myself and my children.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 28, 2025 in Las Vegas, Nevada.

/s/ Mario Lavandeira

Mario Lavandeira aka Perez Hilton