UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 31 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS**

I, Mario A. Lavandeira Jr. , am representing myself and
    (Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: 7/31/25                         Signature

Email Address (Please print legibly):
PH @ PerezHilton.com

Confirm Email Address:
PH @ PerezHilton.com

Mailing Address:
8506 W 3rd St., #101 LA CA 90048

Telephone Number:
702-763-2746

Case Number(s):

2:25-ms-00060