August 2, 2025

**PROOF OF SERVICE**

**In Re Mario Lavandeira, Jr. (2:25-cv-01396)**

**District Court, D. Nevada**

Honorable Judges Boulware and Albregts,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write in regards to *Mario Lavandeira, Jr. (2:25-cv-01396) District Court, D. Nevada*.

It is my understanding that you will be overseeing my recently filed Motion To Quash.

It is also my understanding that I must inform counsel for Blake Lively, who issued the unenforceable subpoena seeking my legally protected and privileged information. I have done that and have included that here as Exhibit A.

I am representing myself in this matter without a lawyer and since I am handling this pro se, I am being extra cautious. I want to make sure I do *everything* that is required of me by this Court.

Respectfully submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton