UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mario Armando Lavandeira, Jr.,
aka Perez Hilton,
Movant,

V.

Blake Lively,
Respondent.

**In Re Mario Lavandeira, Jr. (2:25-cv-01396)**

NOTICE REGARDING NON-OPPOSITION TO MOTION TO QUASH AND REQUEST FOR MOTION TO BE GRANTED

To the Honorable Court:

On July 28, 2025, I filed my Motion to Quash Subpoena in the above-referenced matter. This Court issued an order directing that any response or opposition to my Motion to Quash be filed no later than August 11, 2025.

As of today, August 12, 2025, no response or opposition has been filed by Ms. Lively or her counsel. Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to a motion constitutes a consent to the granting of the motion.

Accordingly, I respectfully request that the Court grant my Motion to Quash on the basis of non-opposition.

In addition, I continue to stand by the merits and legal grounds set forth in my motion, which remain true, valid, and unrebutted.

Respectfully submitted,

/s/ Mario Lavandeira
Mario Armando Lavandeira, Jr.
aka Perez Hilton

Las Vegas, Nevada