August 13, 2025

Case Name: **In Re Mario Lavandeira, Jr.**
Case Number: **2:25-cv-01396-RFB-DJA**

**Certificate Of Service**

Most Honorable Judge Boulware,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write in response to your order dated August 12, 2025 in connection to *In Re Mario Lavandeira, Jr., 2:25-cv-01396-RFB-DJA*. Docket #9.

I submit today a Certificate Of Serve that is in accordance with this Court's guidelines. See Exhibit A.

I thank your Honor for guiding me to the correct Certificate Of Service form that this Court uses.

I am representing myself without a lawyer in my Motion To Quash this subpoena and as a pro se movant I am sincerely working to the best of my abilities to abide by all of the Court's guidelines and in the manner that is expected.

To clarify the record, Ms. Esra Hudson is one of the lawyers representing Ms. Blake Lively with regards to her current litigation, which I am a nonparty to.

I had already been in communication with Ms. Hudson about other matters, so I emailed her a copy of the Motion To Quash on August 2nd, 2025 - and Mr. Gottlieb was CCd. See Exhibit B.

I regret that when I initially submitted to this Court a copy of the email referenced above, the top part of the PDF filing did not have any information showing. I am still unsure why this is happening, but I have figured out a workaround for Exhibit B and further email filings.

Mr. Gottlieb and Ms. Hudson can confirm to your Honor that I did email them on August 2nd and that the Motion To Quash filed in this Court was attached.

I would like to humbly apologize for not knowing that "serving" the Motion To Quash via email was unacceptable. That has been remedied today as I have sent Mr. Gottlieb, as instructed, all of the requested filings. I not only certify that this has been done - to his address of record, as detailed in the Certificate Of Service form I have just filed - but I am also submitting a receipt that proves these materials were sent today to Mr. Gottlieb by Delivery Service (with signature required). See Exhibit C - a copy of my FedEx receipt to mail the Motion To Quash and related filings.

Additionally, Mr. Gottlieb and Ms. Hudson have been aware of my Motion To Quash in this Court. In fact, Ms. Hudson emailed me on August 6th, 2025, about the action your Honor is overseeing here - with Mr. Gottlieb on CC. See Exhibit D.

Also, on August 6th, 2025, Ms. Lively's counsel informed the honorable Judge Liman of the Southern District Of New York that she would be responding to my Motion To Quash in your Court, which is the correct venue to litigate issues regarding this subpoena. See Exhibit E. Footnote #19 states: *"The motion Mr. Hilton filed in Nevada has an ECF stamp of July 28, 2025, but he did not purport to serve counsel for Ms. Lively until August 2, 2025. Mr. Hilton filed notice of the Nevada filing on this Court's docket, with a transaction date for the payment of filing fees of July 31, 2025. Either way, Ms. Lively intends to file an opposition in Nevada by August 18, 2025 as the rules require and to request that court transfer the matter here for purposes of judicial economy unless this Court has entered an order rendering that filing moot."*

Las Vegas is where I live, where I work, where I was served and where Ms. Lively's subpoena lists as the place of compliance. Your Honor's court is the correct and only venue to litigate issues regarding this subpoena.

As your Honor wrote: *"The CM/ECF e-filing software automatically indicated a response deadline of August 11, 2025 when the Motion to Quash was docketed on July 28, 2025. See ECF No. [1]."*

I would also like to clarify that I did misinterpret that and did not know that was a date added automatically by the CM/ECF filing system. My sincere apologies.

It is my truest wish that going forward I make no further procedural errors and I express my deepest gratitude to your Honor for your understanding as I navigate this process against a very famous celebrity with unlimited financial resources and extremely expensive lawyers.

I am working hard to make sure I do everything appropriately in these proceedings and am taking this all very seriously.

Respectfully submitted with humility and sincerity,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Las Vegas, Nevada