**From:** Perez Hilton ph@perezhilton.com
**Subject:** Fwd: Opposition to Motion for Protective Order and Cross-Motion to Compel - Lively v. Wayfarer Studios, LLC et al.
**Date:** Aug 12, 2025 at 9:44:53 PM
**To:** Hilton Perez ph@perezhilton.com

To submit as an exhibit.

Begin forwarded message:

**From:** "Hudson, Esra" <EHudson@manatt.com>
**Date:** August 6, 2025 at 12:05:19 PM PDT
**To:** Perez Hilton <ph@perezhilton.com>
**Cc:** "Gottlieb, Michael" <mgottlieb@willkie.com>, Meryl Governski <mgovernski@dirllp.com>, "Bender, Kristin" <kbender@willkie.com>, "Nathan, Aaron E." <anathan@willkie.com>, "Roeser, Stephanie" <SRoeser@manatt.com>, "Bruno, Matthew" <MBruno@manatt.com>
**Subject: Opposition to Motion for Protective Order and Cross-Motion to Compel - Lively v. Wayfarer Studios, LLC et al.**

Dear Mr. Hilton,

Yesterday, we filed our opposition to your Motion for a Protective Order in Lively v. Wayfarer Studios, LLC, Case No. 1:24-cv-10049-LJL, the Southern District of New York ("SDNY"). Please find attached for service the full set of filings submitted to the Court, as well as the Court's order dated today, and the protective order entered in the case. Pursuant to the Court's order, we are providing you the sealed, confidential copies of documents containing information the Wayfarer Parties (not Ms. Lively) have designated as confidential.

As you will see, because your Motion sought relief related to the Subpoena from the SDNY, we have cross-moved to compel your compliance with the Subpoena in the opposition. [See ECF No. 566, pp. 25]. We've also had the chance to review the Motion to Quash that you filed in the District of

Nevada, Case No. 2:25-cv-01396-RFB-DJA, including your position that Ms. Lively should seek to obtain responsive documents directly from the Wayfarer Defendants first, before seeking them from you.  Relatedly, you also may have seen that the Court, on Monday, entered an order with respect to Mr. Freedman's law firm ("Liner") holding that  communications "'in the possession of a party's attorney may be considered to be within the control of the party'" and that " if Freedman made a written communication to a Content Creator or to a journalist to shape communications on behalf of the Wayfarer Parties or within the scope of the representation, and if the Wayfarer Parties asked for a copy of that communication, Liner would provide it to the Wayfarer Parties." (internal citations omitted).  On the same day, our client filed a Motion to Compel the Wayfarer Parties to provide all communications sent by their agents or on their behalf. [See ECF. No. 555, pp 11-13].

Given these developments, we seem to be on the same page that the Wayfarer Defendants should produce these documents in the first instance. As a result, we propose to pause our cross-motion to compel in SDNY, and request that you pause your Motion to Quash in Nevada, while the Court in SDNY sorts out our Motion to Compel as to the Wayfarer Defendants. It may be that the Court's decision on that will make both of our motions moot. If this makes sense to you, we could submit something jointly in SDNY and Nevada, asking for our respective motions to be held in abeyance pending the Court's decision in SDNY on our Motion to Compel. We'd be happy to prepare it for your consideration.

On a procedural note, you attempted to serve the Nevada Motion to Quash via email.  We would be willing to agree to accept service via email with the date of service being Monday, August 4, 2025.  Please let us know if we have an agreement and you can advise the Court of your service of the motion via counsel by agreement.

Please let me know your thoughts on this approach. Thanks in advance.

**Esra Hudson**
Partner and Leader, Employment & Labor

**Manatt, Phelps & Phillips,** LLP

2049 Century Park East
Suite 1700
Los Angeles, CA 90067
D (310) 312-4381  F (310) 914-5744
EHudson@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.


**[565] 2025.08.05 Hudson Declaration in Opp. Motion...**
157 KB


**567 - PUBLIC Corrected Opposition to Perez Hilton'...**
508 KB


**[568] 2025.08.06 Order.pdf**
145 KB


**[125] 2025-03-13 Protective Order.pdf**
173 KB


**[565-10] Ex. J Lavandeira's Motion to Quash Lively's...**
1.6 MB


**[565-9] Ex. I 2025-08-02 Email from P. Hilton to E....**
403 KB


**[565-8] Ex. H 2025-07-19 Email from P. Hilton to E....**
341 KB


**[565-7] Ex. G RE_ Lively v. Wayfarer Studios LLC et al...**
224 KB


**[565-5] Ex. E Perez (@ThePerezHilton) _ X.pdf**
1.3 MB

**Downloading**
**[565-4] Ex. D About Perez Hilton - Perez Hilton.pdf**
1.1 MB

**Downloading**
**[565-3] Ex. C Instagram (@PerezHilton)_Instagram.pdf**
7.6 MB

**Downloading**
**[565-2] Ex. B Welcome To My Channel! _ Perez Hilton - YouTube...**
768 KB

**Downloading**
**[565-1] Ex. A 2025.07.19 Subpoena to Mario Lavandeira Jr._Redacted...**
1,009 KB

**Downloading**
**[563-1] Ex. F. NATHAN_000000876 (PH) - UNDER SEAL.pdf**
2.8 MB


**[563] 2025.08.05 Hudson Declaration in Opp. Motion...**
157 KB

**Downloading**
**[561] 2025-08-5 Ltr. Re Sealing.pdf**
284 KB

**Downloading**
**566 - UNDER SEAL Corrected Opposition to Perez Hilton's Motio...**
557 KB

**Downloading**
**Affidavit of Service - Perez Hilton .pdf**
185 KB