BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawkey
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson (*pro hac vice* forthcoming)
Stephanie A. Roeser (*pro hac vice* forthcoming)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb (*pro hac vice* forthcoming)
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice* forthcoming)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Respondent Blake Lively*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN RE:

MARIO LAVANDEIRA JR.
Aka PEREZ HILTON

Case Number: 2:21-cv-01412-ART-EJY

**INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL**

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL

Pursuant to Local Rule IA 10-3(d), Respondent, by and through the undersigned attorneys, submits this Index of Exhibits in support of her Opposition to Third-Party Perez Hilton's Motion to Quash and Cross Motion to Compel. The Exhibits are attached to the Declaration of Richard J. Pocker in Support of Respondent's Opposition to Third-Party Perez Hilton's Motion to Quash and Cross Motion to Compel.

| Declaration of Richard J. Pocker | | |
|---|---|---|
| **Exhibit** | **Description** | **Date** |
| A | Cover Email and Subpoena to M. Lavandeira, Jr. a/k/a Perez Hilton | 07/19/2025 |
| B | B. Lively's Second Amended Complaint | 07/30/2025 |
| C | Screenshots of P. Hilton's YouTube Channel | N/A |
| D | Excerpted Screenshot of P. Hilton's Instagram Account | N/A |
| E | Excerpted Portion of About Page from perezhilton.com | 08/14/2025 |
| F | Screenshot of P. Hilton's X Account | N/A |
| G | Email Correspondence Between E. Hudson and P. Hilton | 07/2025-08/2025 |
| H | Search Results for "Blake Lively" on P. Hilton's YouTube Channel | N/A |
| I | P. Hilton's Motion for Protective Order | 07/29/2025 |
| J | B. Lively's Opposition to P. Hilton's Motion for Protective Order | 08/06/2025 |
| K | P. Hilton's Letters to the Court in the SDNY Action (ECF Nos. 541, 558, 573, 574, 578, 579, 580, 590, 592, 625, 653, 654, 655) | 07/2025-08/2025 |

Respectfully Submitted,

Dated: August 18, 2025

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb (*pro hac vice* forthcoming)
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

/s/ *Richard J. Pocker*
BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL

| | |
|---|---|
| Aaron E. Nathan<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8904<br>anathan@willkie.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (*pro hac vice* forthcoming)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com | MANATT, PHELPS & PHILLIPS LLP<br>Esra A. Hudson (*pro hac vice* forthcoming)<br>Stephanie A. Roeser (*pro hac vice* forthcoming)<br>Sarah Moses<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br>smoses@manatt.com<br><br>Matthew F. Bruno<br>7 Times Square<br>New York, NY 10036<br>(212) 790-4525<br>mbruno@manatt.com |

*Attorneys for Respondent Blake Lively*

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S OPPOSITION TO PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Index of Exhibits was served on August 18, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list and mailed to Mr. Hilton's mailing address of record.

/s/ *Richard J. Pocker*
Richard J. Pocker