| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>(702) 382-7300<br>rpocker@bsfllp.com | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb (*pro hac vice* forthcoming)<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com |
| BOIES SCHILLER FLEXNER LLP<br>Sigrid S. McCawley<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com | Aaron E. Nathan<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8904<br>anathan@willkie.com |
| MANATT, PHELPS & PHILLIPS LLP<br>Esra A. Hudson (*pro hac vice* forthcoming)<br>Stephanie A. Roeser (*pro hac vice* forthcoming)<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com | DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (*pro hac vice* forthcoming)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com |
| Matthew F. Bruno<br>7 Times Square<br>New York, NY 10036<br>(212) 790-4525<br>mbruno@manatt.com | |

*Attorneys for Respondent Blake Lively*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MARIO LAVANDEIRA JR.<br>aka PEREZ HILTON | Case Number: 2:25-cv-01396-RFB-DJA<br><br>**DECLARATION OF RICHARD J. POCKER IN SUPPORT OF RESPONDENT'S OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL** |

DECLARATION OF RICHARD J. POCKER IN SUPPORT OF RESPONDENT'S OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL

I, Richard J. Pocker, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner at the law firm of Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800, Las Vegas, NV 89101, and counsel for Respondent Blake Lively in the above-captioned matter.

2. I respectfully submit this declaration in support of Ms. Lively's Opposition to Third-Party Perez Hilton's Motion to Quash Subpoena and Cross Motion to Compel Production.

3. A true and correct copy of the July 19, 2025 subpoena served on Mario Lavandeira Jr., also known as Perez Hilton ("Lavandeira" or "Mr. Hilton"), and the cover email of Mr. Hilton accepting service is attached hereto as **Exhibit A**.

4. A true and correct copy of Ms. Lively's Second Amended Complaint for Sexual Harassment, Retaliation, Breach of Contract, False Light, Defamation, and Other Claims, filed in the Southern District of New York, is attached hereto as **Exhibit B**.

5. A true and correct copy of screenshots of Mr. Hilton's YouTube channel is attached hereto as **Exhibit C**.

6. A true and correct copy of an excerpted screenshot of Mr. Hilton's Instagram account with the username "@theperezhilton" is attached hereto as **Exhibit D**.

7. A true and correct copy an excerpted portion of the about page of Mr. Hilton's website, https://perezhilton.com, is attached hereto as **Exhibit E**.

8. A true and correct copy of a screenshot of Mr. Hilton's X account with the username "@ThePerezHilton" is attached hereto as **Exhibit F**.

9. A true and correct copy of an August 2, 2025 email from Mr. Hilton to counsel for Ms. Lively, attaching the Motion to Quash, is attached hereto as **Exhibit G**.

10. Counsel for Ms. Lively responded to the August 2, 2024 email, in relevant part:

> On a procedural note, you attempted to serve the Nevada Motion to Quash via email. We would be willing to agree to accept service via email with the date of service being Monday, August 4, 2025. Please let us know if we have an

DECLARATION OF RICHARD J. POCKER IN SUPPORT OF RESPONDENT'S
OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND
CROSS MOTION TO COMPEL

agreement and you can advise the Court of your service of the motion via counsel by agreement.

Mr. Hilton responded that "August 4th is fine."

11. A true and correct copy of screenshots of search results for "Blake Lively" on Mr. Hilton's YouTube channel is attached hereto as **Exhibit H**.

12. A true and correct copy of Mr. Hilton's July 29, 2025 Motion for Protective Order to Require Court Approval Prior to Future Non-Party Subpoenas is attached hereto as **Exhibit I**.

13. A true and correct copy of Ms. Lively's Opposition to Third-Party Perez Hilton's Motion for Protective Order and Cross Motion to Compel is attached hereto as **Exhibit J**.

14. A true and correct copy of Mr. Hilton's letters to the Court in the Southern District of New York case is attached hereto as **Exhibit K**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 18, 2025

/s/ *Richard J. Pocker*
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382- 7300
rpocker@bsfllp.com

DECLARATION OF RICHARD J. POCKER IN SUPPORT OF RESPONDENT'S OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL