# EXHIBIT C

## Screenshots of P. Hilton's YouTube Channel

YouTube

Search

Create



# Welcome To My Channel! | Perez Hilton

Perez Hilton ✓
560K subscribers

Subscribe

👍 469    👎    ↗ Share    ⬇ Download    🫰 Thanks    ⋯

108,779 views  Jun 10, 2018
Happy to have you here!! Subscribe! Look around! And follow my family channel too! ▶ / theperezhilton

Subscribe to my channel! http://bit.ly/perezhiltonsub
Watch these amazing performances! http://bit.ly/perezperformance

Listen to The Perez Hilton Podcast with Chris Booker HERE: http://PerezPodcast.com

Follow Me!
FAMILY CHANNEL:  ▶ / theperezhilton
WEBSITE: http://PerezHilton.com
PEREZ'S INSTAGRAM:  📷 / theperezhilton
WEBSITE'S INSTAGRAM:  📷 / perezhilton
GET A PERSONALIZED VIDEO FROM ME HERE: http://Starsona.com/PerezHilton
LISTEN TO MY PODCAST HERE: http://PerezPodcast.com
WEBSITE'S FACEBOOK:  f / perezhilton
PEREZ'S FACEBOOK:  f / theperezhilton
WEBSITE'S TWITTER:  ✕ / perezhilton
PEREZ'S TWITTER:  ✕ / theperezhilton

About Perez Hilton:
The original influencer, Perez Hilton founded and oversees one of the most iconic websites ever. In addition to his eponymous blog, he is the host of a very successful podcast, has a loyal following across two YouTube channels, has written three books, has acted in countless TV shows and films -  as well as the stage. And, most importantly, he is the proud father of three happy and thriving kid and an adult child, his mother. Perez is one of the most sought after commentators and your best friend!

Welcome To My Chanel! | Perez Hilton
 • Welcome To My Channel! | Perez Hilton

Perez Hilton
 / perezhilton

## Transcript

001

Follow along using the transcript.

