# EXHIBIT D

## Screenshot of P. Hilton's Instagram Account

*Instagram*

Log In    Sign Up



theperezhil ton 

Follow    Message    •••

44,885 posts    921K followers    6,075 following

 Perez Hilton 

🧵 theperezhilton

Artist
The Original Influencer. Proud dad. Links below for my YouTube and Patreon! Follow my site at @perezhilton. For biz, email Bookings@PerezHilton.com
🔗 patreon.com/PerezHilton + 4

    

Podcast           Nostalgic Caper