# EXHIBIT F

## Screenshot of P. Hilton's X Account



**Perez** ✓
@ThePerezHilton

This is the personal account for Perez Hilton. He's a proud dad and founder of one of the most famous websites in the world. Follow it at @PerezHilton

💼 Media Personality   📍 Las Vegas, NV   🔗 hoo.be/PerezHilton
🎂 Born March 23   📅 Joined October 2015

**1,517** Following   **88.4K** Followers

Not followed by anyone you're following

**Perez** ✓
**265.1K** posts

| Posts | Replies | Subs | Highlights | Media |

**Perez** ✓ @ThePerezHilton · 5h
Matty Healy was a blip in the grand scheme of things!



OMG Matty Healy's Mother Says She's 'Glad' She's Not Taylor Swift's Mother-I...

001