# EXHIBIT H

Search Results for "Blake Lively" on P. Hilton's YouTube Channel

# YouTube search results: "blake lively" — Perez Hilton channel

**Perez Hilton** — @PerezHilton — 560K subscribers • 10K videos

For booking inquiries, email Bookings@PerezHilton.com

Videos:

- **Blake Lively Tried To Hurt Me - But She Only HELPED Me! Here's Why! I Just.... | Perez Hilton** — Perez Hilton • 30K views • 15 hours ago (33:33)
- **Blake Lively Offered Me A Compromise! AND I Was Just Humiliated In Court! Two Steps Back!! BUMMER!** — Perez Hilton • 46K views • 19 hours ago (28:58)
- **Help Me Come Up With New Blake Lively Nicknames! 🤣 | Perez Hilton** — Perez Hilton • 11K views • Streamed 11 hours ago (32:18)
- **Blake Lively Has Gone EVEN CRAZIER! Plus, I Was Right About Taylor Swift! New Details Too!** — Perez Hilton • 26K views • Streamed 1 day ago (28:51)
- **I Just Scored Two Major Court Victories!!! Plus, Blake Lively MADNESS Boils Over! Actor Subpoenaed!** — Perez Hilton • 51K views • 1 day ago (20:26)
- **Blake Lively Is Now Threatening Me With Defamation! THIS IS INSANITY! She:** — Perez Hilton • 31K views • 1 day ago (26:47)
- **Justin Baldoni Says Blake Lively Declined Key Evidence Exchange, Now Wants It All! Tells Court:** — Perez Hilton • 36K views • 2 days ago (25:16)
- **Blake Lively's Judge Is Letting Her Lawyers Get Away With Abuse! They CONTINUE To:** — Perez Hilton • 24K views • 2 days ago

001


18:29
Nemesis Said Under Oath:
Perez Hilton · 33K views · 2 days ago
🤠 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


14:34
Blake Lively's Judge Slams Baldoni's Lawyers For Abusing The Court Docket AND Gives Her Another Win!
Perez Hilton · 26K views · 4 days ago
🤠 #BlakeLivey #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


21:30
Blake Lively's Legal Fight Against Me Takes Dark Turn! Judge Refuses Extension! BUT: | Perez Hilton
Perez Hilton · 39K views · 2 days ago
🤠 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


22:19
Blake Lively's Judge Just Scolded Me Publicly! Here's My Response! AND I Bring Taylor Swift Back In!
Perez Hilton · 42K views · 4 days ago
🔴 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


10:49
I Messed Up! Blake Lively... | Perez Hilton
Perez Hilton · 89K views · 13 days ago
🤠 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


13:59
What A Mess! Blake Lively Is To Blame For All Of THIS:
Perez Hilton · 43K views · 3 weeks ago
• #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


23:09
Blake Lively And Her Judge Are Conspiring Against Me! This Is Not Right Or Fair! I'm Fighting Back!!
Perez Hilton · 31K views · 4 days ago
🔴 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


10:01
Blake Lively Is About To Upset A Lot Of Celebrities! She:
Perez Hilton · 77K views · 1 month ago
🥑 #BlakeLively #RyanReynolds #JustinBaldoni Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


21:25
SHOCKINGLY, Blake Lively Admits She Was Wrong - Legally! Justin Baldoni's Nemesis Just:
Perez Hilton · 73K views · 2 weeks ago
🤠 #JustinBaldoni #BlakeLively #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...

9:17
Blake Lively Can't Stop Thinking About Me! Her Lawyers Just Told the Judge Today.... | Perez Hilton
Perez Hilton · 46K views · 2 weeks ago
🤠 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



## Perez Hilton ✓

@PerezHilton · 560K subscribers · 10K videos

For booking inquiries, email Bookings@PerezHilton.com

002


Blake Lively Wants CREDIT CARD INFORMATION From Small Creators She Is Trying To Intimidate! WTF????
Perez Hilton • 22K views • 1 month ago
🤩 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


Blake Lively Accuses Baldoni Of Leaking Her Deposition Details! Says Her Mental Heath Suffered AND:
Perez Hilton • 49K views • 9 days ago
🤩 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


Justin Baldoni Exposes New Blake Lively Lies!!! THIS IS SAVAGE:
Perez Hilton • 73K views • 1 month ago
👥 #JustinBaldoni #BlakeLively #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


Blake Lively's Legal Team Is Not Being Cooperative With Me!! So I'm Going To... | Perez Hilton
Perez Hilton • 32K views • 3 weeks ago
Boom! #BlakeLively #JutinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


Me Right Now After Being "Subpoenaed" By Blake Lively! | Perez Hilton
Perez Hilton • 156K views • 1 month ago
🤩 #BlakeLively #TaylorSwift #Beyonce Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast wit...


I Just Got Rejected By Blake Lively's Judge! My Response! | Perez Hilton
Perez Hilton • 57K views • 2 weeks ago
• #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


Blake Lively Parties After Justin Baldoni Victory! Seriously! She:
Perez Hilton • 57K views • 2 months ago
• #JustinBaldoni #BlakeLively #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton...


Blake Lively Tries To Delay Her Deposition - Again! HOURS Before Scheduled Start!
Perez Hilton • 26K views • 4 weeks ago
🆗 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


Blake Lively Is NOT The Aggressor, She Claims - As She Accuses A YouTuber Of Committing A Crime!
Perez Hilton • 42K views • 3 weeks ago
🤩 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...

It's War! Blake Lively's Attorneys vs ME! Her Lawyer Just Asked The Court To Break The Law! REALLY!!



## Perez Hilton
@PerezHilton • 560K subscribers • 10K videos
For booking inquiries, email Bookings@PerezHilton.com

003






10:01

**Throwing A Tantrum? Justin Baldoni Insists That Blake Lively's Celebrity Status Enabled Her To:**
Perez Hilton • 34K views • 1 month ago
🤩 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


10:01

**Blake Lively's Non-Existent Smear Campaign Falls Apart!!!!**
Perez Hilton • 72K views • 11 days ago
👏👏👏👏 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton...


3:07

**I Just Emailed Blake Lively's Lawyers! I Told Them... | Perez Hilton**
Perez Hilton • 37K views • 3 weeks ago
🚨🚨🚨 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton...


3:06

**Blake Lively Has This Judge In Her Pocket! He Just:**
Perez Hilton • 29K views • 4 weeks ago
🆘 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


15:35

**Justin Baldoni Calls Out Blake Lively Lies! Denies Leaking Her Deposition Details! And DARES Her To:**
Perez Hilton • 54K views • 7 days ago
My impact! Is real!! #JustinBaldoni #BlakeLively #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton...


10:01

**Blake Lively Feud With Anna Kendrick Heats Up Again! Plus, Fighting With Justin Baldoni's Attorney!**
Perez Hilton • 56K views • 1 month ago
🎀 #BlakeLively #AnnaKendrick #JustinBaldoni Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


0:34

**Blake Lively's Buzzing! Warning: This May Induce Nausea!**
Perez Hilton • 54K views • 1 month ago
• #BlakeLively Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast wit...


5:14

**I Want To Sincerely Applaud Blake Lively! Justin Baldoni's Nemesis... | Perez Hilton**
Perez Hilton • 58K views • 2 weeks ago
📗 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


37:56

**Blake Lively Claims She Has PROOF That Conduct Complaints Were Made Against Justin Baldoni AND Also:**
Perez Hilton • 46K views • 9 days ago
🚨 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...

2:17

**The Mainstream Media Is Not Reporting This Yet! Blake Lively Is So UNETHICAL! She... | Perez Hilton**
Perez Hilton • 36K views • 2 weeks ago
New @Patreon EXCLUSIVE show is out! I am scared - but I am fighting back against bully #BlakeLivey. Here is a snippet of our longer chat! This and much more on our latest show! Listen to this...



**Perez Hilton** ✓
@PerezHilton • 560K subscribers • 10K videos

For booking inquiries, email Bookings@PerezHilton.com

004





**Blake Lively Does Not Want You To Know This:**
Perez Hilton · 64K views · 4 weeks ago
🙋 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton...


**It Seems Blake Lively Is Working With TMZ! Again!!!**
Perez Hilton · 19K views · 1 month ago
🙋 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


**Should Blake Lively's Lawyers Be Sanctioned? Cuz They Have... | Perez Hilton**
Perez Hilton · 11K views · 2 days ago
New podcast episode is out! #BlakeLively keeps winning in court - cuz the judge in the #JustinBaldoni case is bought and biased, in my opinion! What do U think? This and much more on our latest...


**Blake Lively Is Such A Movie Star, She Tells The Court, That She Can Not:**
Perez Hilton · 35K views · 4 weeks ago
*eye roll* #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


**Blake Lively's Cruel Campaign To Bully Content Creators Continues! Justin Baldoni's Nemesis Just:**
Perez Hilton · 22K views · 3 weeks ago
🔴 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


**Blake Lively Is Hunting Them Down!!!**
Perez Hilton · 14K views · 3 weeks ago
🎯 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


**Blake Lively Wants To Expose Everyone! Justin Baldoni's Nemesis Just:**
Perez Hilton · 36K views · 1 month ago
😈 #BlakeLively #JustinBaldoni #JedWallace Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...

**The Judge Just Invited Us All To Listen To Blake Lively's Legal Team Talk About ME! | Perez Hilton**
Perez Hilton · 41K views · 1 month ago
🚨 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...


**Blake Lively Will NOT Be Honest About This! But She Has To:**
Perez Hilton · 23K views · 1 month ago
🥴 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...

**Blake Lively's Subpoena Against Me Is VERY PROBLEMATIC! I Am Taking Immediate Action! | Perez Hilton**
Perez Hilton · 46K views · 3 weeks ago



**Perez Hilton** ✓
@PerezHilton · 560K subscribers · 10K videos
For booking inquiries, email Bookings@PerezHilton.com

005



**Blake Lively Used My Children To Hurt Me - And Endanger Them!: Is This OK? The Judge Is OK With It!!!**
Perez Hilton • 54K views • 3 days ago

🎬 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



**Blake Lively's Judge Is Biased In Favor Of Justin Baldoni's Nemesis - And I Just Told Him That!**
Perez Hilton • 41K views • 8 days ago

👏👏👏 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton...



**Don't Believe The Blake Lively Lies! | Perez Hilton**
Perez Hilton • 46K views • Streamed 5 months ago

Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast wit...



**Blake Lively Hit With EXPLOSIVE Court Filing! Perez Hilton Dropped His Motion To Quash Her Subpoena!**
Perez Hilton • 83K views • 12 days ago

🚨 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



**Blake Lively CANCELS! Plus, New Details On Katy Perry Being Romanced By Justin Trudeau! And:**
Perez Hilton • 31K views • Streamed 2 weeks ago

Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast wit...



**Blake Lively Spent The Holiday Thinking About Me! I'm In Court Documents AGAIN! | Perez Hilton**
Perez Hilton • 20K views • 1 month ago

🗣️ #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



**Blake Lively Confesses That Justin Baldoni's Alleged Harassment Wasn't So Bad! She Went Public Cuz:**
Perez Hilton • 91K views • 1 month ago

🗣️ #BlakeLively #JustinBaldoni #TaylorSwift oin this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



**Blake Lively Wants ME To Pay Her Attorney's Fees! WTF?????? Here Is My Response! | Perez Hilton**
Perez Hilton • 62K views • 7 days ago

🚨 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



**YouTube CONFIRMS That Blake Lively Is Coming After Small Creators! Plus, Love Island INSANITY! And:**
Perez Hilton • 23K views • Streamed 1 month ago

Shameful! Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast wit...

**I Just Scored A Win In My Legal Battle Against Blake Lively!!!! | Perez Hilton**
Perez Hilton • 52K views • 1 month ago

🚨 #BlakeLively #JustinBaldoni #TaylorSwift Join this channel to get access to perks: https://www.youtube.com/channel/UCaHE2Xd6bhJbfM7T1TAmI9Q/join Listen to The Perez Hilton Podcast...



## Perez Hilton ✓

@PerezHilton • 560K subscribers • 10K videos

For booking inquiries, email Bookings@PerezHilton.com

006




Case 2:25-cv-01396-RFB-DJA    Document 12-10    Filed 08/18/25    Page 8 of 9











007