# CERTIFICATE OF SERVICE

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with any document that you file and serve.\**

I hereby certify that on the 19th day of August, 2025, I personally served a true and correct copy of the foregoing "REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA" by the following means:

[check one]

- ☐ CM/ECF
- ☐ U.S. Mail
- ☐ Hand-Delivery (including handing it to recipient or delivering it to the person's office or usual place of abode and leaving it with someone of suitable age and discretion who resides there)
- ☒ Delivery Service (e.g., FedEx, UPS)
- ☐ Other means (if the other party has consented in writing to service by such means)

to the following individuals *[Write the full name and contact information for each person you sent the document.]*

BOIES SCHILLER FLEXNER LLP

Richard J. Pocker

300 South Fourth Street, Suite 800 Las Vegas, NV 89101

rpocker@bsfllp.com /    (702) 382-7300

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*

Name:    Mario Armando Lavandeira, Jr. - AKA Perez Hilton

Address:    8506 W. 3rd St., #101

Los Angeles, CA 90048