# Shipment Receipt:    Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Tues 19 Aug 2025

SHIPMENT INFORMATION:
UPS Ground Residential
0.4 lb manual wt
1.000 lb billable wt
Dims: 13.00x10.00x2.00 in
Sig Req (w/Delv Confirm)

EXPECTED DELIVERY DATE:
WED 20 AUG 2025 EOD

SHIP FROM:
MARIO LAVANDEIRA JR
8506 W 3RD ST
UNIT 101
Los Angeles  CA 90048
(702) 763-2746

Tracking Number: 1z8245V34295145424
Shipment ID: MMV6NKWV1M9SK
Ship Ref 1: - -
Ship Ref 2: MS

SHIP TO:
BOIES SCHILLER FLEXNER LLP
RICHARD J POCKER
300 S 4TH ST
STE 800
LAS VEGAS NV 89101-6009
Residential

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:
Ground Residential        13.17
Service Options            7.20
CMS Processing Fee         0.22

SHIPPED THROUGH:
The UPS Store #4303
LAS VEGAS,NV 89117-4406
(702) 838-6219

Total                    $20.59

COMPLETE ONLINE TRACKING: Enter this address in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)  SHIPMENT
QUESTIONS? Contact SHIPPED THROUGH above.
NEED PACKAGE HELP? (lost/damaged). Provide details so we can help:
https://online.upscapital.com/tocp

CUSTOMER ACKNOWLEDGMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, contents
and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMV6NKWV1M9S

Powered by iShip(r)
08/19/2025 11:07 AM Pacific