# EXHIBIT H

# Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 31 | Date Range: 1/21/2025 |

## Outline of Conversations



**System Message chatroom** • 31 messages on 1/21/2025 • • Alyx Sealy • Carolina Hurley • Dervla • Madison Joyce • Michael Lawrence • Nathan Melissa • Rylie Long • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -05:00)

| | | |
|---|---|---|
| CH 💬 | ▮▮▮▮/**System Message chatroom**<br>**Carolina Hurley** ▮▮▮▮▮ | 1/21/2025, 9:37 AM |



*Image: __Library_SMS_Attachments_bd_13_B4C41147-CE57-4425-A57E-46D26E2F1486_Screenshot 2025-01-21 at 9.37.00_AM.jpeg (426 KB)*

| | | |
|---|---|---|
| # | ▮▮▮▮▮<br>What the hell is going on? | 1/21/2025, 9:42 AM |
| # | ▮▮▮▮▮<br>Can we please do a team check in call today | 1/21/2025, 10:00 AM |
| RL | **Rylie Long** ▮▮▮▮▮<br>There's one on the calendar rn for 1pm ET - does that work for everyone ? | 1/21/2025, 10:03 AM |
| # | ▮▮▮▮▮<br>Yes | 1/21/2025, 10:04 AM |
| AS | **Alyx Sealy** ▮▮▮▮▮<br>Yes | 1/21/2025, 10:07 AM |
| ML | **Michael Lawrence** ▮▮▮▮▮<br>Liked "There's one on the calendar rn for 1pm ET - does t…" | 1/21/2025, 10:07 AM |
| NM | **Nathan Melissa** ▮▮▮▮▮<br>Liked "There's one on the calendar rn for 1pm ET - does t…" | 1/21/2025, 10:08 AM |
| CH | **Carolina Hurley (17039753592)**<br>https://x.com/popcrave/status/1881703875075588367?s=42 | 1/21/2025, 10:37 AM |

*Attachment: __Libr_1(65) (789 bytes)*

CONFIDENTIAL

*Attachment: __Libr_1(66) (218 KB)*

**NM**    **Nathan Melissa** ▮      1/21/2025, 12:18 PM
https://www.dailymail.co.uk/tvshowbiz/article-14308745/Blake-Lively-Justin-Baldoni-bombshell-clip-reveals-truth-abusee.html

*Attachment: __Libr_1(67) (2 MB)*

*Attachment: __Libr_1(68) (65 KB)*

*Attachment: __Libr_1(69) (69 KB)*

*Attachment: __Libr_1(70) (45 KB)*

*Attachment: __Libr_1(71) (37 KB)*

*Attachment: __Libr_1(72) (4 KB)*

**AS**    **Alyx Sealy** ▮      1/21/2025, 12:43 PM
This is amazing

**NM**    **Nathan Melissa** ▮      1/21/2025, 12:43 PM
I know TMZ are about to run
Popcorn planet my new Bestie
We're sending it wide
I need to go to house of habit
And also, I'll do DM

**AS**    **Alyx Sealy** ▮      1/21/2025, 12:44 PM
I can send to House of habit

**AS**    **Alyx Sealy** ▮      1/21/2025, 12:44 PM
Do we have the actual audio to share or you want me to just send DM article?

**NM**    **Nathan Melissa** ▮      1/21/2025, 12:44 PM
I'll send to you

**AS**    **Alyx Sealy** ▮      1/21/2025, 12:44 PM
Kk

**AS**    **Alyx Sealy** ▮      1/21/2025, 12:44 PM
Thank you

**AS**    **Alyx Sealy** ▮      1/21/2025, 12:44 PM
I can send to travis from US Weekly as well

**#**    ▮      1/21/2025, 12:57 PM
How do we get to Pérez?

**#**    ▮      1/21/2025, 12:57 PM
He's been supportive and getting traction on his coverage

| | | | |
|---|---|---|---|
| AS | **Alyx Sealy** ▬▬▬▬ | | 1/21/2025, 12:57 PM |
| | Emphasized "He's been supportive and getting traction on his c…" | | |
| ML | **Michael Lawrence** ▬▬▬▬ | | 1/21/2025, 12:57 PM |
| | Could ask Bryan as he is also his lawyer | | |
| RL | **Rylie Long** ▬▬▬▬ | | 1/21/2025, 12:58 PM |
| | Are we still doing team meeting in 2? | | |
| ML | **Michael Lawrence** ▬▬▬▬ | | 1/21/2025, 12:58 PM |
| | Liked "Are we still doing team meeting in 2?" | | |
| AS | **Alyx Sealy** ▬▬▬▬ | | 1/21/2025, 12:58 PM |
| | Yes | | |
| # | ▬▬▬▬ | | 1/21/2025, 1:18 PM |
| | https://www.tmz.com/2025/01/21/justin-baldoni-it-ends-with-us-raw-footage-dance-scene-no-sexual-harassment-blake-lively/ | | |

*Attachment: __Libr_1(73) (65 KB)*

*Attachment: __Libr_1(74) (29 KB)*

*Attachment: __Libr_1(75) (78 KB)*

*Attachment: __Libr_1(76) (1 KB)*

*Attachment: __Libr_1(77) (56 KB)*

| | | | |
|---|---|---|---|
| # | ▬▬▬▬ | | 1/21/2025, 1:18 PM |
| | Raw 'It Ends With Us' Scene, Justin Claims It Refutes Blake's Sexual Harassment Claim | | |
| D | **Dervla** ▬▬▬▬ | | 1/21/2025, 4:20 PM |



| | | | |
|---|---|---|---|
| AS | **Alyx Sealy** ▬▬▬▬ | | 1/21/2025, 4:20 PM |
| AS | **Alyx Sealy** ▬▬▬▬ | | 1/21/2025, 4:20 PM |
| # | ▬▬▬▬ | | 1/21/2025, 4:22 PM |