

Home › Celebrities › "I was like a Bl…"

# "I was like a Black girl…": Appalling Video of Blake Lively Joking About Doing a Blackface to Impress Her Crush Goes Viral Amid Justin Baldoni Drama

Blake Lively's old video has led to a new wave of backlash against the actress after she jokes about Blackface in it.

 by **Hashim Asraff**
Senior Writer

PUBLISHED JANUARY 22, 2025, 6:26 AM





📋 **SUMMARY** ▶

Things are getting worse for Blake Lively as each day passes. Lively accused co-star Justin Baldoni of workplace harassment in December and the *It Ends with Us* actor responded with a counter lawsuit. He is suing Blake Lively, Ryan Reynolds, and their publicist Leslie Sloane for $400 million.



Blake Lively and Justin Baldoni in *It Ends With Us* | Credits: Sony Pictures Releasing

The lawsuit claims civil extortion, defamation, false light invasion of privacy, and intentional interference with contractual relations. It has brought another wave of backlash against the actress online. Now, an old video of Lively has resurfaced

where she admits to appropriating a Blackface.

# Blake Lively's old video shows the actress joking about Blackface



Blake Lively as Monica Moreland in *Accepted* | Credits: Universal Pictures

[Blake Lively](#) can't seem to find a break as she continues to receive backlash from all corners after Justin Baldoni's lawsuit. Several reports [came out about her alleged difficult behavior](#) at various points in her career. Lively's comments in an old video are now the talk of social media as fans find it appalling to watch the actress joking about Blackface.

**RELATED**

*"Any woman who has been touched inappropriately..": Blake Lively's Response to Her Dance Video With…*

The video is a clip from Comic-Con 2006 when the actors of the film *Accepted* appeared for an MTV interview. Lively along with Justin Long and Jonah Hill talked about *"geeks"* in the video. Lively seems to have an argument with Long, claiming that she is a geek too. She then delves into a story to prove her point.

Lively claimed that she and her friend once had a crush on two boys and began stalking them. She shared that they went to the arcade where the boys worked in disguise. For the disguise, she shared that they *"put bronzer all over"* themselves and put on a *"scary spice 'fro"*. She shared, *"I thought they would think I was like a Black girl."*

> "i'm a geek bc one time, i did blackface! 🤪"
> – blake lively pic.twitter.com/qNJiWUkUYn
>
> — January 22, 2025

Fans did not find the comments in the best taste. They shared that Lively was tone-deaf in her comments, where she openly admitted to appropriating a Blackface. Fans called out her in the comments while showing support for Baldoni. Others shared that she was getting worse and worse as these videos resurfaced. Some of the fan reactions read:

> Wow ! And she said Baldoni's fault ppl don't like her pic.twitter.com/bVo1isyr6q
>
> — January 22, 2025

> Omg I just saw this on tik tok I hope he wins the case 🦋 🦋
>
> January 22, 2025

> And the fact she got married on a plantation..
>
> January 22, 2025

> Oop just tone deaf as ever
>
> January 22, 2025



> Wow she gets worse and worse
>
> January 22, 2025

[Justin Baldoni](#) claims in his lawsuit that Lively constantly attempted to interfere in the creative process and threw tantrums on set ([via Forbes](#)). He further shared that [he was *"aggressively berated"* by Ryan Reynolds](#), who claimed that Baldoni fat-shamed Lively during the film. Lively's attorneys had called the earlier lawsuit *"a classic tactic"* to *"blame the victim."*

# It isn't the first time Blake Lively has been accused of being racist

Ryan Reynolds and Blake Lively in *Green Lantern* | Credits: Warner Bros. Pictures

Blake Lively was earlier criticized for posting a caption, *"L.A face with an Oakland booty,"* which was seen as an attempt to appropriate Black culture (via Cosmopolitan). In another incident, a blog written by the actress for her online magazine Preserve was accused of being racist.

The article titled *"The Allure of Antebellum"* spoke supportively about the gracious, but slave-owning, Southern belles in the pre-Civil War times (via Vox). Most interesting of all, Lively and Ryan Reynolds had to apologize for their wedding venue, which happened to be a previous plantation.

> **RELATED**
>
> **"She treated me like a servant": Blake Lively's Behavior Was as Hurtful as Anne Hathaway's to Their Hairstylist**

Reynolds claimed that he found the seemingly beautiful wedding venue on Pinterest. It was the mansion featured in the 2004 hit romantic movie *The Notebook*, located in the Boone Hall Plantation. However, the place was infamous for housing a cluster of nine original slave cabins known as Slave Street.

Reynolds apologized for choosing a random wedding venue on Pinterest without digging into its past. *The Adam Project* actor later stated they had another event at home and regretted the mistake. He shared in an interview with Fast Company:



> *A giant f\*\*king mistake like that can either cause you to shut down or it can reframe things and move you into action. It doesn't mean you won't f\*\*k up again. But re-patterning and challenging lifelong social conditioning is a job that doesn't end.*

Lively also issued an apology to her fans. She wrote on her Instagram, *"We're ashamed that in the past we've allowed ourselves to be uninformed about how deeply rooted systemic racism is."* However, fans might not be ready to let go of her ignorant past in light of the recent drama.





## Hashim Asraff
Senior Writer

Articles Published : 3018

Hashim Asraff is a Senior Entertainment Writer at FandomWire, with over 2,800 articles published on celebrity culture, comic book movies, and major TV franchises. With a background in Sociology and a keen interest in pop culture,…

**View Profile**

  

⭐ **More from Hashim Asraff**                                                                 See all



**Brad Pitt Hits Maximum Paranoia: Real Reason He Wants to Turn $12 Million Home Into a "Fortress" (Report)**

**Peacemaker Season 2: Frank Grillo Reveals John Cena's Secret That He Never Saw Coming**

Edited by:
**Sayantan Choudhary**



**BLAKE LIVELY**   **JUSTIN BALDONI**   **RYAN REYNOLDS**

Next post

