

# Page Six

LOG IN

MOVIES

# Reporter blasts 'nightmare' Blake Lively over interview that made her 'want to quit' amid 'It Ends With Us' drama

By Riley Cardoza

Published Aug. 14, 2024
Updated Aug. 14, 2024, 3:09 p.m. ET





Interv...........................ant to quit" her job.

On Saturday, the reporter shared a clip of herself speaking to the actress and her "Café Society" co-star Parker Posey in 2016, calling the conversation a "nightmare."

She referred to the sitdown as "the most uncomfortable … situation" she has ever

experienced over the weekend.

ADVERTISEMENT



Blake Lively is being blasted by a reporter for a 2016 interview.

Kjersti Flaa/YouTube



Kjersti Flaa called the conversation a "nightmare."

Kjersti Flaa/YouTube

In the throwback footage, Flaa congratulated the actress, 36, on her "little bump" as Lively had recently confirmed she was pregnant with baby No. 2.

ADVERTISEMENT

The "Gossip Girl" alum sarcastically replied, "Congrats on your little bump."

As she and Flaa awkwardly laughed at the dig, Posey, 55, attempted to diffuse the tension by showing off her backside "bump."



She admitted that the sitdown made her "want to

quit" her
job.

Kjersti
Flaa/YouTube



The then-
pregnant
star had a
sarcastic
response to
a
compliment
on her "little
bump."

©Lions
Gate/Courtesy
Everett
Collection

ADVERTISEMENT

She and Lively went on to admire Posey's "lovely lady lumps" as Flaa looked on.

When the journalist called the Woody Allen movie "visually amazing" and asked whether the cast members enjoyed the fashion, Lively subtly scolded her.

Without looking at Flaa, she told Posey, "Everyone wants to talk about the clothes, but I wonder if they would ask the men about the clothes."

ADVERTISEMENT



She also railed against a question about the fashion in "The Cafe Society."

©Lions Gate/Courtesy Everett Collection



Social media users called Lively's behavior "uncalled for."

TheImageDirect.com

After Flaa insisted, "I would," Lively and Posey talked amongst themselves about their male co-stars' best outfits.

The "Age of Adaline" star concluded, "It's not just the women that have the clothes, but I feel like the women get the conversation."

ADVERTISEMENT



AdChoices ▷    Sponsored

She and Posey continued to primarily look at each other while chatting.

Social media users slammed Lively's "weird and uncalled for" behavior in the video, praising Flaa for keeping her "composure" during the "thoroughly unpleasant" experience.



One viewer deemed it "thoroughly unpleasant" to watch.

Nancy Rivera / SplashNews.com



The throwback video has surfaced amid drama over Lively's latest movie, "It Ends With Us."

Christopher Peterson / SplashNews.com

ADVERTISEMENT

One commented, "They were so rude it was hard to watch. Well done you for not joining in. … Sorry you got the bullies back in the bus."

Another added that their "jaw dropped" watching the interview.

---



VRT AWARDS 2025

Reality TV's biggest stars. One unforgettable night.

VOTE    BUY TICKETS

VIRTUAL REALI-TEA AWARDS

---

Lively's rep has yet to respond to Page Six's request for comment.



The "Gossip Girl" alum is reportedly feuding with director and co-star Justin Baldoni.

©Sony Pictures/Courtesy Everett Collection

ADVERTISEMENT



One source told Page Six the actor made Lively

"uncomfortable"
on set.

Elder Ordonez /
SplashNews.com

---

**152** **What do you think? <u>Post a comment.</u>**

---

The viral video comes as Lively <span style="color:red">makes headlines for alleged on-set drama</span> with director and co-star Justin Baldoni in "It Ends With Us."

As the duo do press for the movie, which premiered last week, they have <span style="color:red">fueled feud rumors</span> by avoiding doing interviews together and not posing for a single red carpet snap.



ADVERTISEMENT

An industry source told Page Six on Friday that the "extremely difficult" actor <span style="color:red">made Lively "uncomfortable"</span> on set, also claiming the rest of the cast and crew didn't "enjoy working with" Baldoni.

**FILED UNDER**  BLAKE LIVELY,  CELEBRITY INTERVIEWS,  GOSSIP GIRL,  8/14/24

---

## SPONSORED STORIES

**Harvard Professor Steven Pinker Recommends: "These 5 Books Will Turn Your Life Around"**

**Cognitive scientist Steven Pinker shares the books that prove the world is getting better...**

Blinkist: Steven Pinker's Reading List

## Plastic Surgeon: Fighting "Turkey Neck" After 60 Comes Down To This 1 Thing

**Don't let "Turkey Neck" make you look 10-15 years older than you actually are.**

Beverly Hills MD

## Ashton Kutcher Admitted He Only Saw Demi Moore as a Friend — She Says Otherwise

HomeTalk

## Tony Curtis Said That Kissing Marilyn Monroe Was Like Kissing A Notorious Dictator

HomeTalk

## Woman Takes Wedding Ring To Be Cleaned After 40 Years. The Jeweler Says, "You Shouldn't Have This"

Novelodge

## George Clooney's Kids Are All Grown Up — They Look Just Like Their Parents

https://sparkvibefun.com

# AROUND THE WEB

**Kamala Harris Ditched Her Pantsuit Look & We're Stunned**

**NickiSwift.com**

**Yolanda Hadid Ends Engagement After Unsettling Discovery**

**NYPost.com**

**Hannity & Earhardt's Wedding Plans Are Raising Eyebrows**

**NickiSwift.com**

**Inside Nip/Tuck Star Dylan Walsh's Scary Car Accident**

**NYPost.com**

**The Tragedy Of David Bromstad Just Gets Sadder And Sadder**

TheList.com

**The Tragic Life Of Cindy Crawford's Son**

TheList.com

**Melania Trump Without Makeup Looks Nothing Like You're Used To**

GLAM.com

**Kimberly Guilfoyle's Drastic Transformation Can't Be Ignored**

GLAM.com

Powered by ZergNet



# Page Six

**Email Newsletters**

**Mobile Apps**

**About Page Six**

**Contact Us**

**Tips**



© 2025 NYP Holdings, Inc. All Rights Reserved │ Terms Of Use │ Privacy Notice │ Sitemap

**Your California Privacy Rights**