Case Name: **In Re Mario Lavandeira, Jr.**

Case Number: **2:25-cv-01396-RFB-DJA**

August 21, 2025

**New Evidence For Consideration**

Most Honorable Judge Boulware,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write in regards to the upcoming hearing on my Motion To Quash, scheduled for next week in this Court.

New information has just *today* come to light that I believe is important to highlight to your honor with regards to me and the pending rulings concerning the subpoena Ms. Lively served me with in this District.

New evidence was just submitted in the public docket of the related case, which I am not a party to but the subpoena is in reference to - Lively v. Wayfarer Studios LLC (1:24-cv-10049) out of the Southern District Of New York.

In the public docket for that litigation: Docket #682, Exhibit H directly discusses me. I have attached that here for easy reference.

That piece of evidence is a text exchange between defendant Melissa Nathan and employees of her communications company, TAG.

This exchange happened on January 21, 2025.

In this communication, the employees share the following:





The above clearly undercuts at Ms. Lively's false narrative that there was some grand smear campaign against her that I was involved with.

My dislike of her actually has everything to do with things she *has actually done.*

Ms. Livey got married at a plantation. See Exhibit 1.

Ms. Lively admitted to doing blackface. See Exhibit 2.

Ms. Lively mocked and belittled a journalist for congratulating her on being pregnant. See Exhibit 3.

The list is long and could go on, but the point is I did not need anyone giving me reason to dislike Ms. Lively. I had plenty of reason on my own, especially after reading Mr. Baldoni's complaint - which showed unedited texts and countless emails that helped inform my opinion about what *really* happened leading up to this litigation.

The referenced exchange between the TAG employees happened towards the end of January of this year.

I began reporting on the *It Ends With Us* saga in August of 2024, the same month Ms. Lively said the *alleged* retaliatory smear campaign began.

In December of 2024, after reading Ms. Lively's CRD complaint, the related *New York Times* article and her subsequent lawsuit against the Wayfarer defendants - filed in December of 2024 in SDNY, I believed her.

I believed her initially and I publicly supported Ms. Lively - until I changed my opinion. Not because anyone paid me - no one did. Not because anyone told me to write negative things about Ms. Lively - no one did. But I changed my opinion because I determined Ms. Lively was outright lying or exaggerating or misrepresenting the facts.

Misrepresenting the facts is something that Ms. Lively's counsel has done repeatedly in their opposition to my Motion To Quash and in their cross-motion to compel.

I look forward to explaining how and truthfully answering any and every question your Honor may have.

This subpoena and the court's ruling is a matter of great concern for not just me but also for journalists all over the state of Nevada and across the country.

I thank your Honor for treating this with urgency and scheduling a hearing promptly.

This letter is also confirmation that I will be in your Court on August 28th in LV Courtroom 7C at 12:15 PM, as instructed.

Respectfully submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Las Vegas, Nevada