UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

In re Subpoena to:

MARIO ARMANDO LAVANDEIRA, JR. a/k/a PEREZ HILTON

Case No. 2:25-cv-01396-RFB-DJA

**MOTION FOR LEAVE TO FILE LETTER OF SUPPORT AS EXHIBIT TO MOTION TO QUASH**

Mario Lavandeira, Jr., appearing pro se, respectfully moves this Court for leave to file a letter of support from Jessica Rosado, television host of KTNV/ABC Channel 13's *Las Vegas Morning Blend,* as an exhibit in connection with his pending Motion to Quash Subpoena.

**I. INTRODUCTION**

On August 22, 2025, the Court instructed that informal letters are not accepted unless properly filed as part of a motion. To comply with that directive, Mr. Lavandeira seeks leave to submit the attached letter from Jessica Rosado, which provides factual support demonstrating his recognized role as a professional journalist and regular contributor as a reporter on a broadcast news program in Las Vegas.

**II. RELEVANCE**

The subpoena at issue directly implicates Mr. Lavandeira's rights as a working celebrity reporter, pop culture podcaster, showbiz journalist and media commentator. Nevada's Shield Law and Rule 45 both protect against compelled disclosure of privileged journalistic materials and undue burden. The attached letter confirms that Mr. Lavandeira regularly engages in newsgathering and reporting through a mainstream news outlet, KTNV/ABC Channel 13's *Las Vegas Morning Blend.*

This evidence is relevant to the Court's determination of Mr. Lavandeira's status as a journalist and supports the arguments in his Motion to Quash.

**III. RELIEF REQUESTED**

For the foregoing reasons, Mr. Lavandeira respectfully requests that the Court grant leave to file the attached letter as a new Exhibit to his Motion to Quash.

IV. CONCLUSION

Mr. Lavandeira respectfully requests that the Court enter an order granting this motion and accepting the letter from Jessica Rosado as part of the record in support of his Motion to Quash.

Respectfully submitted,

/s/ Mario Lavandeira

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Pro Se

Las Vegas, Nevada

August 25, 2025