The Honorable Judge Richard F. Boulware, II
United States District Court
District of Nevada

Re: In Re Mario Lavandeira, Jr.
Case Number: 2:25-cv-01396-RFB-DJA

Dear Judge Boulware,

My name is Jessica Rosado, and I am the television host for KTNV/ABC Channel 13's *Las Vegas Morning Blend*, singer, and multimedia producer based in Las Vegas, Nevada. I am writing this letter in support of Mario Lavandeira, also known as Perez Hilton.

Mr. Hilton is a regular contributor to *Las Vegas Morning Blend*. In his capacity as a celebrity reporter, he provides engaging segments that highlight national showbiz stories as well as spotlight local businesses. Since 2023, Mr. Hilton has been a valued part of the program, contributing consistently and reliably.

In our professional environment, I view Mr. Hilton as a peer and colleague. He brings expertise, enthusiasm, and professionalism to his role, and his contributions enrich the lifestyle program for our audience and community.

Respectfully,
Jessica Rosado
Las Vegas, Nevada