X FILED   RECEIVED
ENTERED   SERVED ON
8/26/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

In re Subpoena to:

MARIO ARMANDO LAVANDEIRA, JR. a/k/a PEREZ HILTON Case No. 2:25-cv-01396-RFB-DJA

**Motion to Supplement the Record in Support of Motion to Quash**

Comes now Mario Lavandeira Jr. (also known as Perez Hilton), pro se, and respectfully moves this Court to permit supplementation of the record in support of his pending Motion to Quash.

**Statement of Grounds**

1. Movant has filed in this Court a Motion to Quash a third-party subpoena served upon him by Plaintiff Blake Lively.

2. In support of that Motion, movant previously submitted a letter from a colleague at *The Las Vegas Morning Blend* television program confirming his role as a regular reporter on that show - airing on the local ABC affiliate, KTNV Channel 13.

3. Since the filing of that motion, Movant has received an additional letter of support from Melinda Sheckells, Editor of *The Town* Magazine, a Las Vegas-based publication. Ms. Sheckells confirms that she commissioned and edited a 2024 article featuring Movant and affirms her recognition of him as a fellow journalist and peer .

4. This supplemental evidence further demonstrates Movant's longstanding role and recognition as a celebrity reporter and well-regarded journalist within the Las Vegas media community. It is therefore directly relevant to the application of the Nevada Shield Law and the federal reporter's privilege in this case.

**Relief Requested**

For the foregoing reasons, Movant respectfully requests that the Court grant this Motion to Supplement and accept into the record the attached letter from Ms. Sheckells, as additional evidence in support of the Motion to Quash.

Respectfully submitted,

/s/ Mario Lavandeira

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Pro Se

Las Vegas, Nevada

August 26, 2025