August 25, 2025

Attention: Honorable Judge Richard F. Boulware II

Case Name: In Re Mario Lavandeira Jr.
Case Number: 2:25-cv-01396-RFB-DJA

Honorable Judge Boulware,

I am writing to you on behalf of Mario Lavandeira Jr., also known as Perez Hilton. I serve as the editor of The Town Magazine, based in Las Vegas and owned by Richman Media Group. I have been an entertainment and lifestyle journalist covering Las Vegas since 2007.

In the fall 2024 issue of The Town, I commissioned and edited an article featuring Perez Hilton. I considered him a worthy subject for this magazine because he is a notable celebrity reporter and media personality. I see Perez as a fellow journalist and peer.

Respectfully,

Melinda Sheckells
Writer / Editor
The Town Magazine
310-570-7602
Melinda@richmanmediagroup.com