# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Mario Lavandeira, Jr.,
Plaintiff(s)

v.

Blake Lively,
Defendant(s).

Case No.: 2:25-cv-01396-RFB-DJA

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, __Eileen Reslen__ (name of requestor), request permission for live remote public access to the civil proceeding set for __August 28, 2025__ (date) at __12:15 PT__ (time) before Judge __Richard F. Boulware, II__ (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 8/28/2025

Requestor's Full Name: Eileen Reslen

Mailing Address: 1211 6th Ave, New York, NY 10036

Telephone number: 201-790-4731

E-mail address: ereslen@nypost.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:**
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov