BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawkey
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356- 0011
smccawley@bsfllp.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson
Stephanie A. Roeser
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Lauren K. Martin (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com
lkmartin@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Respondent Blake Lively*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re Subpoena to:**<br><br>**MARIO LAVANDEIRA JR.**<br>**aka PEREZ HILTON** | Case No. 2:25-CV-01396-RFB-DJA<br><br>**INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL** |

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S SUPPLEMENTAL BRIEFING
IN SUPPORT OF THE OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION
TO QUASH AND CROSS MOTION TO COMPEL

Pursuant to Local Rule IA 10-3(d), Respondent, by and through the undersigned attorneys, submits this Index of Exhibits in support of her Supplemental Briefing in Support of the Opposition to Third-Party Perez Hilton's Motion to Quash and Cross Motion to Compel. The Exhibits are attached to the Declaration of Richard J. Pocker in Support of Respondent's Supplemental Brief in Opposition to Third-Party Perez Hilton's Motion to Quash and Cross Motion to Compel.

| Declaration of Richard J. Pocker | | |
|---|---|---|
| Exhibit | Description | Date |
| A | The Agency Group's Second Supplemental Responses and Objections to Ms. Lively's First Set of Interrogatories (Underlying Litigation, ECF No. 451-1; unsealed by ECF No. 487) | 06/25/2025 |
| B | Order on Motion to Compel Responses to Ms. Lively's Interrogatories (Underlying Litigation, ECF No. 355) | 06/18/2025 |
| C | Order on Motion to Quash Subpoena by Liner Freedman (*Liner Freedman v. Lively*, 1:25-mc-00289-LJL (S.D.N.Y.), ECF No. 35) | 08/04/2025 |

Respectfully Submitted,

Dated: September 2, 2025

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Lauren K. Martin (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com
lkmartin@willkie.com

/s/ *Richard J. Pocker*
BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356- 0011
smccawley@bsfllp.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson
Stephanie A. Roeser
Sarah Moses
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF THE OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | DUNN ISAACSON RHEE LLP | ehudson@manatt.com |
| 2 | Meryl C. Governski (admitted *pro hac vice*) | sroeser@manatt.com |
|   | 401 Ninth Street, NW | smoses@manatt.com |
| 3 | Washington, DC 20004 | |
|   | (202) 240-2900 | Matthew F. Bruno |
| 4 | mgovernski@dirllp.com | 7 Times Square |
|   | | New York, NY 10036 |
| 5 | | (212) 790-4525 |
|   | | mbruno@manatt.com |

*Attorneys for Respondent Blake Lively*

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF THE OPPOSITION TO THIRD-PARTY PEREZ HILTON'S MOTION TO QUASH AND CROSS MOTION TO COMPEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Index of Exhibits was served on September 2, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list and mailed to Mr. Hilton's mailing address of record.

/s/ *Richard J. Pocker*
Richard J. Pocker