1  BOIES SCHILLER FLEXNER LLP
   Richard J. Pocker (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  (702) 382-7300
   rpocker@bsfllp.com
4
   BOIES SCHILLER FLEXNER LLP
5  Sigrid S. McCawley
   401 E. Las Olas Blvd., Suite 1200
6  Ft. Lauderdale, FL 33301
   (954) 356- 0011
7  smccawley@bsfllp.com

8  MANATT, PHELPS & PHILLIPS LLP
   Esra A. Hudson
9  Stephanie A. Roeser
   2049 Century Park East, Suite 1700
10 Los Angeles, California 90067
   (310) 312-4000
11 ehudson@manatt.com
   sroeser@manatt.com
12
   Matthew F. Bruno
13 7 Times Square
   New York, NY 10036
14 (212) 790-4525
   mbruno@manatt.com
15

16 *Attorneys for Respondent Blake Lively*

   WILLKIE FARR & GALLAGHER LLP
   Michael J. Gottlieb
   Kristin E. Bender
   1875 K Street NW
   Washington, DC 20006
   (202) 303-1000
   mgottlieb@willkie.com
   kbender@willkie.com

   Aaron E. Nathan
   Lauren K. Martin (admitted *pro hac vice*)
   787 Seventh Avenue
   New York, NY 10019
   (212) 728-8904
   anathan@willkie.com
   lkmartin@willkie.com

   DUNN ISAACSON RHEE LLP
   Meryl C. Governski (admitted *pro hac vice*)
   401 Ninth Street, NW
   Washington, DC 20004
   (202) 240-2900
   mgovernski@dirllp.com

17
18            UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA
19

20 IN RE:                              Case Number: 2:25-cv-01396-RFB-DJA
21
   MARIO LAVANDEIRA JR.
22 aka PEREZ HILTON                     **DECLARATION OF RICHARD J.
                                        POCKER IN SUPPORT OF
23                                      RESPONDENT'S SUPPLEMENTAL
                                        BRIEF IN OPPOSITION TO THIRD-
24                                      PARTY PEREZ HILTON'S MOTION
                                        TO QUASH AND CROSS MOTION TO
25                                      COMPEL**
26
27                              - 1 -
28
   DECLARATION OF RICHARD J. POCKER IN SUPPORT OF RESPONDENT'S
   SUPPLEMENTAL BRIEF IN OPPOSITION TO THIRD-PARTY PEREZ HILTON'S
   MOTION TO QUASH AND CROSS MOTION TO COMPEL

I, Richard J. Pocker, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner at the law firm of Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800, Las Vegas, NV 89101, and counsel for Respondent Blake Lively in the above-captioned matter.

2.      I respectfully submit this declaration in support of Ms. Lively's Supplemental Brief in Opposition to Third-Party Perez Hilton's Motion to Quash Subpoena and in support of her Cross Motion to Compel Production.

3.      A true and correct copy of Wayfarer Defendant The Agency Group's Second Supplemental Responses and Objections to Ms. Lively's First Set of Interrogatories, filed in the Underlying Litigation at ECF No. 451-1, is attached hereto as **Exhibit A**.

4.      A true and correct copy of Judge Liman's June 18, 2025 order on the motion to compel several of the Wayfarer Defendants to respond to Ms. Lively's interrogatories served on March 14, 2025 is attached hereto as **Exhibit B**.

5.      A true and correct copy of Judge Liman's August 4, 2025 order on Liner Freedman Taitelman Cooley's motion to quash, filed in *Liner Freedman v. Lively*, 1:25-mc-00289-LJL (S.D.N.Y.) at ECF No. 35, is attached hereto as **Exhibit C**.


Dated: September 2, 2025

                                        /s/ *Richard J. Pocker*
                                        Richard J. Pocker (NV Bar No. 3568)
                                        300 South Fourth Street, Suite 800
                                        Las Vegas, NV 89101
                                        (702) 382- 7300
                                        rpocker@bsfllp.com

DECLARATION OF RICHARD J. POCKER IN SUPPORT OF RESPONDENT'S
SUPPLEMENTAL BRIEF IN OPPOSITION TO THIRD-PARTY PEREZ HILTON'S
MOTION TO QUASH AND CROSS MOTION TO COMPEL