UNITED STATES DISTRICT COURT DISTRICT OF NEVADA



Case Name: In Re Mario Lavandeira, Jr.
Case Number: 2:25-cv-01396-RFB-DJA

Dear Clerk Of The Court,

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO BRIEF REGARDING PRIVILEGE**

Mario Armando Lavandeira, Jr. aka Perez Hilton, appearing pro se, respectfully moves this Court for leave to file a short supplemental brief in support of his pending Motion to Quash Subpoena. Per the Court's order for briefing on privilege.

Motion and Supplemental Brief are attached as PDFs. For the judge and public docketing.

Respectfully submitted,

/s/ Mario Lavandeira

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Pro Se

Las Vegas, Nevada

August 29, 2025