

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

Case Name: In Re Mario Lavandeira, Jr.
Case Number: 2:25-cv-01396-RFB-DJA

**MOTION TO EXPEDITE RULING ON MOTION TO QUASH**

Mario Armando Lavandeira, Jr. aka Perez Hilton, appearing pro se, respectfully moves this Court to rule on his pending Motion to Quash Subpoena at or immediately following the September 2, 2025, hearing currently set before this Court.

Good cause exists for this request. First, further delay would impose an undue burden on Mr. Lavandeira, a non-party journalist, who continues to face uncertainty and expense each day this subpoena remains unresolved. Second, Plaintiff herself has an ongoing litigation schedule in the Southern District of New York and would likewise benefit from prompt resolution. Both sides therefore share an interest in having clarity without unnecessary delay.

Rule 1 of the Federal Rules of Civil Procedure directs that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." A timely ruling on Tuesday would serve this directive and conserve judicial resources by eliminating continued motion practice on this collateral subpoena dispute.

Accordingly, Mr. Lavandeira respectfully requests that the Court rule on his Motion to Quash at the hearing on September 2, 2025, or as soon thereafter as practicable.

Respectfully submitted,

/s/ Mario Lavandeira

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Pro Se

Las Vegas, Nevada

August 29, 2025