

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

Case Name: In Re Mario Lavandeira, Jr.

Case Number: 2:25-cv-01396-RFB-DJA

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Non-party Mario Armando Lavandeira, Jr., aka Perez Hilton ("Movant"), respectfully moves this Court for leave to file under seal the three proposals he has obtained from qualified forensic data experts pursuant to the Court's direction at the September 2, 20225, hearing in this matter.

Good cause exists to grant this motion because the Court specifically told Movant to obtain such proposals and instructed that they should be submitted under seal for in camera review. The proposals contain sensitive commercial information, including pricing, proprietary technical methodologies, and potentially privileged descriptions of the scope of data extraction sought under the subpoena. Public disclosure would unnecessarily reveal confidential business information of the third-party experts and Movant's own private data considerations.

Movant respectfully requests that the Court accept the forensic expert proposals under seal, such that they are viewable only by the Court and its staff.

Respectfully submitted,
/s/ Mario Lavandeira

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Pro Se
Las Vegas, Nevada

September 8, 2025