1

BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
Las Vegas, NV 89101
3  (702) 382-7300
rpocker@bsfllp.com
4

5  BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawkey
6  401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
7  (954) 356- 0011
smccawley@bsfllp.com
8
MANATT, PHELPS & PHILLIPS LLP
9  Esra A. Hudson
Stephanie A. Roeser
10  2049 Century Park East, Suite 1700
Los Angeles, California 90067
11  (310) 312-4000
ehudson@manatt.com
12  sroeser@manatt.com

13  Matthew F. Bruno
7 Times Square
14  New York, NY 10036
(212) 790-4525
15  mbruno@manatt.com

16  *Attorneys for Respondent Blake Lively*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Lauren K. Martin (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com
lkmartin@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

17

18  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
19

20  **In Re Subpoena to:**

21  **MARIO LAVANDEIRA JR.**
**aka PEREZ HILTON**
22

23

24

25

26

27

28

Case No. 2:25-CV-01396-RFB-DJA

**INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S RESPONSE TO THIRD PARTY PEREZ HILTON'S MOTION FOR CLARIFICATION**

INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S RESPONSE TO THIRD
PARTY PEREZ HILTON'S MOTION FOR CLARIFICATION

1    Pursuant to Local Rule IA 10-3(d), Respondent, by and through the undersigned

2  attorneys, submits this Index of Exhibits in support of her Response to Third-Party Perez

3  Hilton's Motion for Clarification ("Response"). The Exhibits are attached to the Response and

4  are being filed under seal.

5

6

| Exhibit | Description | Date |
|---------|-------------|------|
| A | September 4, 2025 Email to P. Hilton from M. Governski | 09/04/2025 |
| B | Proposed Search Terms to P. Hilton | N/A |

7

8

9                                    Respectfully submitted,

10

Dated: September 9, 2025                    /s/ *Richard J. Pocker*
11                                          BOIES SCHILLER FLEXNER LLP
                                            Richard J. Pocker (NV Bar No. 3568)
WILLKIE FARR & GALLAGHER LLP                300 South Fourth Street, Suite 800
12  Michael J. Gottlieb                     Las Vegas, NV 89101
    Kristin E. Bender                       (702) 382-7300
13  1875 K Street NW                        rpocker@bsfllp.com
    Washington, DC 20006
14  (202) 303-1000
    mgottlieb@willkie.com                   BOIES SCHILLER FLEXNER LLP
15  kbender@willkie.com                     Sigrid S. McCawley
                                            401 E. Las Olas Blvd., Suite 1200
16                                          Ft. Lauderdale, FL 33301
    Aaron E. Nathan                         (954) 356- 0011
17  Lauren K. Martin (admitted *pro hac vice*)   smccawley@bsfllp.com
    787 Seventh Avenue
18  New York, NY 10019
    (212) 728-8904                          MANATT, PHELPS & PHILLIPS LLP
19  anathan@willkie.com                     Esra A. Hudson
    lkmartin@willkie.com                    Stephanie A. Roeser
20                                          Sarah Moses
                                            2049 Century Park East, Suite 1700
21                                          Los Angeles, California 90067
    DUNN ISAACSON RHEE LLP                  (310) 312-4000
22  Meryl C. Governski (admitted *pro hac vice*)   ehudson@manatt.com
    401 Ninth Street, NW                    sroeser@manatt.com
23  Washington, DC 20004                    smoses@manatt.com
    (202) 240-2900
24  mgovernski@dirllp.com
                                            Matthew F. Bruno
25                                          7 Times Square
                                            New York, NY 10036
26                                          (212) 790-4525
                                            mbruno@manatt.com
27

28  *Attorneys for Respondent Blake Lively*


INDEX OF EXHIBITS IN SUPPORT OF RESPONDENT'S RESPONSE TO THIRD
PARTY PEREZ HILTON'S MOTION FOR CLARIFICATION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Index of Exhibits was served on

September 9, 2025 via the Court's CM/ECF electronic filing system addressed to all parties

on the e-service list and mailed to Mr. Hilton's mailing address of record.


/s/ *Richard J. Pocker*
Richard J. Pocker