BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356- 0011
smccawley@bsfllp.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson
Stephanie A. Roeser
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Lauren K. Martin (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com
lkmartin@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Respondent Blake Lively*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re Subpoena to:**<br><br>**MARIO LAVANDEIRA JR.<br>aka PEREZ HILTON** | Case No. 2:25-CV-01396-RFB-DJA<br><br>**RESPONDENT BLAKE LIVELY'S<br>MOTION TO SEAL** |

**MOTION TO SEAL**

Pursuant to Local Rule IA 10-5, Respondent Blake Lively respectfully requests that the Court grant her Motion to Seal Exhibits A and B to her Response to Third-Party Perez Hilton's Motion For Clarification.

**Exhibit A** is an email from counsel for Ms. Lively to Mr. Hilton suggesting attributes of credible eDiscovery vendors. **Exhibit B** is a list of proposed search terms prepared by counsel for Ms. Lively. Ms. Lively understands that, at the September 2, 2025 hearing, the Court suggested that communications related to eDiscovery and search protocols be filed under seal. In addition, Exhibit B contains non-public phone numbers of numerous individuals. Sealing these exhibits is appropriate to protect sensitive information from public disclosure, including personally identifiable information.

Documents containing "sensitive, private, and personally identifiable information" warrant sealing. *Ernest Block, LLC v. Steelman*, 2020 WL 7643223, at *5 (D. Nev. Dec. 23, 2020); *see also Hadley v. Kellogg Sales Co.*, 2018 WL 7814785, at *3 (N.D. Cal. Sept. 5, 2018) (finding that phone numbers were personally identifying information that warranted sealing). The potential harm that may arise from public disclosure of such personally identifying information "outweighs any concern over public access to the records." *Ernest Block*, 2020 WL 7643223, at *5.

For the foregoing reasons, Ms. Lively respectfully requests that the Court grant the Motion to Seal.

Dated: September 9, 2025

Respectfully submitted,

/s/ *Richard J. Pocker*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Lauren K. Martin

BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356- 0011
smccawley@bsfllp.com

787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com
lkmartin@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson
Stephanie A. Roeser
Sarah Moses
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

*Attorneys for Respondent Blake Lively*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Seal was served on September 9, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list and mailed to Mr. Hilton's mailing address of record.

/s/ *Richard J. Pocker*
Richard J. Pocker