| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>(702) 382-7300<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Sigrid S. McCawley<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356- 0011<br>smccawley@bsfllp.com<br><br>MANATT, PHELPS & PHILLIPS LLP<br>Esra A. Hudson<br>Stephanie A. Roeser<br>2049 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>7 Times Square<br>New York, NY 10036<br>(212) 790-4525<br>mbruno@manatt.com | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>Lauren K. Martin (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8904<br>anathan@willkie.com<br>lkmartin@willkie.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com |

*Attorneys for Respondent Blake Lively*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re Subpoena to:**<br><br>**MARIO LAVANDEIRA JR.**<br>**aka PEREZ HILTON** | Case No. 2:25-CV-01396-RFB-DJA<br><br>**RESPONDENT BLAKE LIVELY'S NOTICE OF WITHDRAWAL OF SUBPOENA TO THIRD-PARTY PEREZ HILTON** |

**NOTICE OF WITHDRAWAL OF SUBPOENA**

1    Respondent and Cross-Movant Blake Lively respectfully files this notice to inform the
2    Court that she is withdrawing the subpoena ("Subpoena") she served on third-party Mario
3    Lavandeira Jr. ("Perez Hilton") in connection with *Lively v. Wayfarer Studios*, No. 24-cv-10049,
4    (Dec. 31, 2024, S.D.N.Y.) ("Underlying Litigation"). The defendants in the Underlying Litigation
5    produced more than 80,000 pages of materials on the evening of September 8, 2025 in response to
6    an order compelling them to produce certain categories of documents, including communications
7    with content providers who seeded, generated, created or influenced social media or provided
8    related digital or social media services directly or indirectly at their request. *See* Dkt. 25;
9    Underlying Litigation, Dkt. 711 at 13-15; *see also id*. Dkt. 355 & 451-1. While counsel for Ms.
10   Lively continue to process and review the newly produced materials, it now is clear that the
11   production includes communications that would be responsive to the Subpoena. Ms. Lively
12   always has sought to receive discovery directly from parties—including by filing multiple motions
13   to compel the production of documents known to exist—and is pleased that those efforts have
14   resulted in a production of responsive documents that obviates the need to seek additional
15   documents from Mr. Hilton or further relief from this Court. Accordingly, Ms. Lively is
16   withdrawing the Subpoena and respectfully submits that the pending motion to quash (Dkt. 1) and
17   cross motion to compel (Dkt. 12) are moot and warrant dismissal.

Dated: September 12, 2025

Respectfully submitted,

/s/ *Richard J. Pocker*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Lauren K. Martin
787 Seventh Avenue
New York, NY 10019

BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Sigrid S. McCawley
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com

**NOTICE OF WITHDRAWAL OF SUBPOENA**

| | |
|---|---|
| (212) 728-8904 | MANATT, PHELPS & PHILLIPS LLP |
| anathan@willkie.com | Esra A. Hudson |
| lkmartin@willkie.com | Stephanie A. Roeser |
| | Sarah Moses |
| DUNN ISAACSON RHEE LLP | 2049 Century Park East, Suite 1700 |
| Meryl C. Governski | Los Angeles, California 90067 |
| 401 Ninth Street, NW | (310) 312-4000 |
| Washington, DC 20004 | ehudson@manatt.com |
| (202) 240-2900 | sroeser@manatt.com |
| mgovernski@dirllp.com | smoses@manatt.com |
| | |
| | Matthew F. Bruno |
| | 7 Times Square |
| | New York, NY 10036 |
| | (212) 790-4525 |
| | mbruno@manatt.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Withdrawal was served on September 12, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list and mailed to Mr. Hilton's mailing address of record.

      /s/ *Richard J. Pocker*
      Richard J. Pocker